IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,

   v.

SOLANO COUNTY JAIL, et al.,

        Defendants.

NO. CIV 08-1034BHS

ORDER OF DISMISSAL

This matter comes before the court on review of the file. The court has considered the relevant documents and the remainder of the file herein.

On May 12, 2008, Plaintiff filed a civil rights complaint. Dkt. 1.

On June 4, 2008, Magistrate Judge Kimberley J. Mueller issued an order granting Plaintiff's application for leave to proceed *in forma pauperis*, but informed Plaintiff that he had failed to state a claim upon which relief may be granted. Dkt. 5. Judge Mueller also granted Plaintiff leave to file an amended complaint. *Id.*

On June 20, 2008, Plaintiff filed an amended complaint. Dkt. 8. However, the amended complaint is nearly identical to Plaintiff's original complaint. *Compare* Dkt. 1.

On January 22, 2009, this action was reassigned to the undersigned. Dkt. 11. On February 6, 2009, this Court reviewed the file de novo and agreed with Judge Mueller's opinion that Plaintiff's complaint failed to state a claim upon which relief may be granted.

ORDER – 1

Dkt. 12. The Court also found the amended complaint deficient for the same reasons stated in Judge Mueller's order. *Id*. The Court provided Plaintiff an additional opportunity to correct the deficiencies and file another amended complaint. *Id*. Plaintiff was directed to file an amended complaint no later than March 2, 2009, and was informed that, if he did not file a timely amended complaint, or if the amended complaint failed to state a claim, the Court would dismiss this case without prejudice. *Id.*

Plaintiff did not timely file an amended complaint or otherwise respond to the court's February 6, 2009, order.

Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 17th day of March, 2009.

BENJAMIN H. SETTLE
United States District Judge