IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. BAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>  Defendants. | NO. CIV 08-1034 BHS<br><br><br><br>NOTICE TO PLAINTIFF |

This matter comes before the Court on Plaintiff's amended complaint (Dkt. 15) and Plaintiff's request for the Court not to dismiss his case (Dkt. 16).

On March 17, 2009, the Court dismissed Plaintiff's case without prejudice for failure to state a claim. Dkt. 13. After the Court issued the order of dismissal, Plaintiff filed an amended complaint. Plaintiff requested that the Court not dismiss the case, and stated that he attempted to mail an amended complaint on February 12, 2009. Dkt. 16.

Plaintiff was provided two opportunities to amend his complaint. *See* Dkts. 5 and 12. Plaintiff's first amended complaint failed to remedy the deficiencies in his first complaint.

The Court has reviewed Plaintiff's third amended complaint (Dkt. 15) and concludes that Plaintiff has failed to state a claim upon which relief may be granted. Plaintiff's statement that his "access to the courts was denied" because officials did not make copies of his legal materials is conclusory. Plaintiff has not alleged or shown, for example, that his habeas petition was denied because he did not obtain copies. *See Lewis*

*v. Casey*, 518 U.S. 343, 351 (1996). On the contrary, Plaintiff stated that he had already filed a petition in court, and was requesting copies of the writ which he already filed. Plaintiff also references a § 1983 suit, but Plaintiff has filed that suit in this Court. Thus, Plaintiff still has not alleged any specific manner in which his access to the courts has been denied.

Therefore, Plaintiff's request for this Court to vacate its order of dismissal is **DENIED**.

The Clerk of the Court is directed to send Plaintiff a copy of this notice.

DATED this 27th day of April, 2009.

/s/ Benjamin H. Settle
BENJAMIN H. SETTLE
United States District Judge